IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STATE OF WISCONSIN DEPARTMENT OF NATURAL RESOURCES,<br><br>    Appellant,<br><br>v.<br><br>MISSISSIPPI SPORTS & RECREATION, INC.,<br><br>    Appellee. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 12-cv-550-bbc |
| STATE OF WISCONSIN DEPARTMENT OF NATURAL RESOURCES,<br><br>    Appellant,<br><br>v.<br><br>MISSISSIPPI SPORTS & RECREATION, INC.,<br><br>    Appellee. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 12-cv-752-bbc |

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of the United States Bankruptcy Court for the Western District of Wisconsin ordering the confirmation of the small business Chapter 11 reorganization plan of appellee-debtor Mississippi Sports & Recreation, Inc. and denying appellant-creditor's motion to dismiss, and remanding this case to the bankruptcy court for further proceedings.

_____       11/14/12
Peter Oppeneer, Clerk of Court                            Date